May Term, 1860.

EDWARDS v. FISHER.

This being the case, there is nothing before us for consideration.

*Per Curiam.*—The judgment is affirmed with 5 per cent. damages and costs.

*J. R. Coffroth,* for the appellant.

The names of counsel for the appellee are not legible.

---

## LASSELLE v. WILSON.

Wednesday, June 13.

---

## EDWARDS v. FISHER.

Wednesday, June 13.

APPEAL from the *Starke* Circuit Court.

*Per Curiam.*—Suit upon promissory notes. The notes did not waive appraisement laws. Judgment by default, to be collected without relief, &c. No motion was made below to set aside the default, and correct the judgment. That part of the judgment making it collectable without relief was wrong, but as no motion was made below to

correct the error, before appealing to this Court, the appeal must be dismissed.

The appeal is dismissed with costs.

*J. O'Brian*, for the appellant.